FILED

2003 DEC 11 P 12: 12

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Cynthia Kilduff,<br>　　　Plaintiff | : | CIVIL ACTION NO.<br>302CV850(SRU) |
| vs. | : | |
| Bernies Audio Video TV Appliance, Co.,<br>Inc.,　　　Defendant | : | December 10, 2003 |

## UNCONTESTED MOTION FOR
## CONTINUANCE OF PRETRIAL ORDERS

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(b), the plaintiff through the undersigned counsel respectfully requests the Court to postpone compliance with pretrial orders, including the preparation of the trial memorandum and attendance at a trial calendar call, until after a settlement conference.

In support of this motion, plaintiff represents:

1. This matter is scheduled for a Trial Calendar Call on January 20, 1994 with Joint Pretrial Memorandums to be submitted by January 13, 2004.

2. On September 30, 2003, the Court referred this case to Magistrate Judge Garfinkel for a settlement conference. Although the case was originally scheduled for a conference on December 29, 2003, Judge Garfinkel has indicated he needs to reschedule the conference to some time in January or February, 2004 due to a conflict in his schedule.

3. In the interest of avoiding legal costs associated with preparation of the Joint

Trial Memorandum and thereby potentially facilitating settlement, the undersigned requests that the above referenced deadlines be postponed until after the conference.

Nicole D. Dorman, counsel for defendant has no objection to this Motion. This is the second motion filed requesting continuance of dates regarding the pretrial memorandum and trial calendar call.

                                PLAINTIFF, CYNTHIA KILDUFF

                                */s/ Barbara E. Gardner*
                                Barbara E. Gardner
                                Attorney at Law
                                843 Main Street
                                Suite 1-4
                                Manchester, CT 06040
                                Fed. Bar No. Ct07623
                                (860) 643-5543
                                Bg@bgardnerlaw.com

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed, postage prepaid, on this 10th day of December, 2003, to the following counsel of record:

Nicole D. Dorman
Sack Spector & Karsten
836 Farmington Ave.
West Hartford, CT 06119

Marc N. Needelman
800 Cottage Grove Rd., Suite 313
Bloomfield, CT 06002

*Barbara E. Gardner*
Barbara E. Gardner

3