02CV850M EXT TIME

33

FILED

2003 DEC 11 P 12:12

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| Cynthia Kilduff, Plaintiff | : | CIVIL ACTION NO. 302CV850(SRU) |
| vs. | : | |
| Bernies Audio Video TV Appliance, Co., Inc., Defendant | : | December 10, 2003 |

## UNCONTESTED MOTION FOR CONTINUANCE OF PRETRIAL ORDERS

Pursuant to Fed. R. Civ. P. 6(b) and Local Rule 7(b), the plaintiff through the undersigned counsel respectfully requests the Court to postpone compliance with pretrial orders, including the preparation of the trial memorandum and attendance at a trial calendar call, until after a settlement conference.

In support of this motion, plaintiff represents:

1. This matter is scheduled for a Trial Calendar Call on January 20, 1994 with Joint Pretrial Memorandums to be submitted by January 13, 2004.

2. On September 30, 2003, the Court referred this case to Magistrate Judge Garfinkel for a settlement conference. Although the case was originally scheduled for a conference on December 29, 2003, Judge Garfinkel has indicated he needs to reschedule the conference to some time in January or February, 2004 due to a conflict in his schedule.

3. In the interest of avoiding legal costs associated with preparation of the Joint

GRANTED. The parties have until March 10, 2004 to submit their joint pretrial memorandum. Trial calendar call is scheduled for March 24, 2004 at 10:00 a.m. So ordered.

Stefan R. Underhill
United States District Judge
12/15/03