FILED

2004 FEB 17 P 12: 47

US DIST...

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Cynthia Kilduff,<br>　　　Plaintiff | : | CIVIL ACTION NO.<br>302CV850(SRU) |
| vs. | : | |
| Bernies Audio Video TV Appliance, Co.,<br>Inc.,　　　Defendant | : | January 30, 2004 |

## JOINT STIPULATION FOR DISMISSAL
## WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff and the defendants stipulate that the above captioned suit be dismissed in its entirety with prejudice, and without costs or fees being awarded to any of the parties. Dismissal with prejudice as to the entire action is voluntarily and knowingly agreed to by the parties and so stipulated.

DEFENDANT, BERNIES AUDIO,
VIDEO, TV AND APPLIANCE CO.

*/signature/*
Nicole D. Dorman
Fed Bar No. CT07030
Sack Spector & Karsten
836 Farmington Ave.
West Hartford, CT 06119
(860)233-8251
(860)232-8736(fax)

PLAINTIFF, CYNTHIA KILDUFF

*/signature/*
Barbara E. Gardner
Fed Bar No.CT07623
Attorney at Law
843 Main St., Suite 1-4
Manchester, CT 06040
(860)643-5543
(860)645-9554